BENJAMIN B. WAGNER
United States Attorney
DAVID STEVENS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES STAFFORD,<br><br>        Defendant. | 2:10-mj-00013-GGH<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING and<br>ORDER<br><br>DATE: July 25, 2011<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Gregory G. Hollows |

    On July 26, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Gregory G. Hollows:

        1.    The defendant shall serve a one-year term of court probation, subject to the following terms:

                a.    The defendant shall pay a $250.00 fine and a special assessment in the amount of $10.00 for Count Two of the Information, Driving Without a Valid License;

                b.    The defendant shall pay a $350.00 fine and a special assessment in the amount of $10.00 for Count Three of the Information, Driving

1

|   |   |   |
|---|---|---|
| 1 |   | When Privilege Suspended and Revoked for |
| 2 |   | Failure to Appear; |
| 3 | c. | The defendant shall make payments as to |
| 4 |   | Count Two in the amount of $35 each month, |
| 5 |   | and $40 per month as to Count Three.  The |
| 6 |   | first payment shall commence on August 15, |
| 7 |   | 2010, and made by the 15th of each month |
| 8 |   | until paid in full; |
| 9 | d. | Probation shall terminate upon payment of the |
| 10 |   | fine and when the defendant obtains a valid |
| 11 |   | license. |

The United States alleges that the defendant has violated these conditions as follows:

    1. The defendant has not paid anything towards the $250.00 fine for Count Two or the $350.00 fine for Count Three;

    2. The defendant has not obtained a valid driver's license since it expired in January 2009.

The United States therefore petitions the Court to add this matter on its July 25, 2011, calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on July 26, 2010, should not be revoked.

///
///
///
///
///
///

1  I declare under penalty of perjury that the foregoing is
2  true and correct to the best of my knowledge.
3  DATED: July __18__, 2011          Respectfully submitted,
4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6                                    /s/ David Stevens
                                     DAVID STEVENS
7                                    Special Assistant U.S. Attorney
8
9
10                        **ORDER**
11  It is Hereby Ordered that the defendant appear on July 25,
12  2011, at 2:00 p.m. to show cause why the probation granted on
13  July 26, 2010, should not be revoked.
14      IT IS SO ORDERED.
15  Dated: July 20, 2011
16                                    /s/ Gregory G. Hollows
17                                    Hon. GREGORY G. HOLLOWS
                                      United States Magistrate Judge

3